Text Version [                        ]   Help | Main | Exit

[ Printer Friendly Version ]        View More [ 03/31/2018 ▾ ] [ Go ]

## CIVILIAN LEAVE AND EARNINGS STATEMENT

| | | |
|---|---|---|
| **1. Pay Period End** 03/31/18 | | |
| **2. Pay Date** 04/06/18 | | |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| NELSON-GRIFFIN KIM C | GS 05 02 | 18.94 | 28.41 | 29910.00 9610.00 39520.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-4169 | 32.13 | N | 04/04/16 | 240 | 01/05/19 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment # 2 |
|---|---|---|
| PENTAGON FEDERAL CREDIT UNI | PNC BANK, OHIO | |

| 17. Tax Marital Status | Exemptions Add'l | 18. Tax | Marital Exemptions Add'l Taxing Authority Status | 19. Cumulative Retirement FERS: 1933.02 | 20. Military Deposit |
|---|---|---|---|---|---|
| FED S 1 0 | | 421391 | S 0 0 LEHMAN TWP | | |
| PA S 0 0 | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1564.54 | 11661.19 | TSP DATA 3% |
| TAXABLE WAGES | 1247.13 | 9457.98 | |
| NONTAXABLE WAGES | 271.95 | 1885.93 | |
| TAX DEFERRED WAGES | 45.46 | 317.28 | |
| DEDUCTIONS | 935.05 | 6785.64 | |
| AEIC | | | |
| NET PAY | 629.49 | 4904.55 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1515.20 | NIGHT DIFF | 6.00 | 11.34 | SAT PREM T38 | 8.00 | 38.00 |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 137.00 | 959.00 | DEBT,ROUTINE | Q1 | | 39.00 |
| FEGLI | 50 | 6.30 | 43.95 | FEGLI OPTNL | B | 32.00 | 223.20 |
| FEHB | 105 | 271.95 | 1885.93 | MEDICARE | | 18.74 | 141.74 |
| OASDI | | 80.14 | 606.07 | RETIRE, FERS | KR | 46.97 | 327.82 |
| VCS DEDUCT | JC | 87.07 | 672.26 | TAX, FEDERAL | | 106.10 | 911.27 |
| TAX, LOCAL | 421391 | 12.93 | 50.98 | TAX, STATE | NJ | | 105.66 |
| TAX, STATE | PA | 39.68 | 156.31 | TSP LOANS | 010001G | 50.71 | 354.97 |
| TSP SAVINGS | | 45.46 | 317.28 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 46.50 | 4.00 | 24.00 | | 43.00 | | 27.50 | |
| SICK | 87.00 | 4.00 | 24.00 | | 8.00 | | 103.00 | |
| HOLIDAY | | | | | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.15 | 21.58 | FEHB | 521.58 | 3634.70 |
| MEDICARE | 18.74 | 141.74 | OASDI | 80.14 | 606.07 |
| RETIRE, FERS | 180.31 | 1258.46 | TSP BASIC | 13.15 | 105.74 |
| TSP MATCHING | 45.46 | 317.28 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

 HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.
- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

Text Version [                                                    ]  Help | Mnu | Exit

Printer Friendly Version                    View More  04/14/2018 ▼   Go

## CIVILIAN LEAVE AND EARNINGS STATEMENT

| | |
|---|---|
| | **1. Pay Period End** 04/14/18 |
| | **2. Pay Date** 04/20/18 |

| 3. Name NELSON-GRIFFIN KIM C | 4. Pay Plan/Grade/Step GS 05 02 | 5. Hourly/Daily Rate 18.94 | 6. Basic OT Rate 28.41 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 29910.00  9610.00  39520.00 |
| 8. Soc Sec No ***-**-4169 | 9. Locality % 32.13 | 10. FLSA Category N | 11. SCD Leave 04/04/16 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/05/19 |
| 14. Financial Institution - Net Pay PENTAGON FEDERAL CREDIT UNI | 15. Financial Institution - Allotment #1 PNC BANK, OHIO | | 16. Financial Institution - Allotment #2 |
| 17. Tax Marital Exemptions Add'l Status FED    S    1         0 PA     S    0         0 | 18. Tax Marital Exemptions Add'l Taxing Authority Status 421391  S    0         0 LEHMAN TWP | | 19. Cumulative Retirement FERS: 1979.99 | 20. Military Deposit |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1564.54 | 13225.73 | TSP DATA | 3% |
| TAXABLE WAGES | 1247.13 | 10703.11 | | |
| NONTAXABLE WAGES | 271.95 | 2157.88 | | |
| TAX DEFERRED WAGES | 45.46 | 362.74 | | |
| DEDUCTIONS | 941.23 | 7726.87 | | |
| AEIC | | | | |
| NET PAY | 623.31 | 5527.96 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1515.20 | NIGHT DIFF | 6.00 | 11.34 | SUN PREM T36 | 8.00 | 38.00 |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 127.00 | 1096.00 | DEST,ROUTINE | Q1 | | 29.00 |
| FEGLI | $0 | 6.20 | 50.25 | FEGLI OPTNL | B | 32.00 | 255.20 |
| FEHB | 105 | 271.95 | 2157.88 | MEDICARE | | 18.74 | 160.48 |
| OASDI | | 80.14 | 686.21 | RETIRE, FERS | KR | 46.97 | 374.79 |
| VCS DEDUCT | JC | 93.25 | 765.31 | TAX, FEDERAL | | 105.10 | 1017.27 |
| TAX, LOCAL | 421391 | 12.95 | 63.91 | TAX, STATE | NJ | | 105.66 |
| TAX, STATE | PA | 39.68 | 196.19 | TSP LOANS | 010001G | $0.71 | 405.68 |
| TSP SAVINGS | | 45.46 | 362.74 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 46.50 | 4.00 | 28.00 | | 43.00 | | 31.50 | |
| SICK | 87.00 | 4.00 | 28.00 | 8.00 | 16.00 | | 99.00 | |
| HOLIDAY | | | | | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.15 | 25.15 | FEHB | 521.58 | 4156.28 |
| MEDICARE | 18.74 | 160.48 | OASDI | 80.14 | 686.21 |
| RETIRE, FERS | 180.31 | 1438.77 | TSP BASIC | 15.15 | 120.89 |
| TSP MATCHING | 45.46 | 362.74 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 • DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED



- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

Case 5:18-bk-04383-RNO    Doc 13    Filed 11/02/18    Entered 11/02/18 12:00:56    Desc
                          Main Document        Page 2 of 13

myPay

Text Version                Help | Main | Exit

Printer Friendly Version        View More [04/28/2018 ▼] Go

## CIVILIAN LEAVE AND EARNINGS STATEMENT

| | |
|---|---|
| | 1. Pay Period End 04/28/18 |
| | 2. Pay Date 05/04/18 |

| 3. Name NELSON-GRIFFIN KIM C | 4. Pay Plan/Grade/Step GS 05 02 | 5. Hourly/Daily Rate 18.94 | 6. Basic OT Rate 28.41 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 29910.00  9610.00  39520.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-4169 | 9. Locality % 32.13 | 10. FLSA Category N | 11. SCD Leave 04/04/16 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/05/19 |

| 14. Financial Institution - Net Pay PENTAGON FEDERAL CREDIT UNI | 15. Financial Institution - Allotment #1 PNC BANK, OHIO | 16. Financial Institution - Allotment # 2 |
|---|---|---|

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Status Exemptions Add'l Taxing Authority | 19. Cumulative Retirement FERS: 2026.96 | 20. Military Deposit |
|---|---|---|---|
| FED S 1 0 | 421391 S 0 0 LEHMAN TWP | | |
| PA S 0 0 | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1666.24 | 14891.97 | TSP DATA 3% |
| TAXABLE WAGES | 1348.83 | 12053.94 | |
| NONTAXABLE WAGES | 271.95 | 2429.83 | |
| TAX DEFERRED WAGES | 45.46 | 408.20 | |
| DEDUCTIONS | 975.80 | 8702.47 | |
| AEIC | | | |
| NET PAY | 690.64 | 6218.50 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1515.20 | OVERTIME | 3.00 | 87.45 | NIGHT DIFF | 6.00 | 11.34 |
| SAT PREM T38 | 11.00 | 52.23 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 137.00 | 1233.00 | DEBT,ROUTINE | Q1 | | 29.00 |
| FEGLI | 50 | 6.30 | 56.55 | FEGLI OPTNL | B | 32.00 | 287.20 |
| FEHB | 105 | 271.95 | 2429.83 | MEDICARE | | 20.22 | 180.70 |
| OASDI | | 86.44 | 772.65 | RETIRE, FERS | KR | 46.97 | 421.76 |
| VCS DEDUCT | 1C | 103.51 | 869.02 | TAX, FEDERAL | | 118.30 | 1135.67 |
| TAX, LOCAL | 421391 | 12.94 | 77.85 | TAX, STATE | N1 | | 103.66 |
| TAX, STATE | PA | 42.80 | 238.59 | TSP LOANS | 01000IG | 50.71 | 456.39 |
| TSP SAVINGS | | 45.46 | 408.20 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 46.50 | 4.00 | 32.00 | | 43.00 | | 35.50 | |
| SICK | 87.00 | 4.00 | 32.00 | 8.50 | 24.00 | | 95.00 | |
| HOLIDAY | | | | | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.15 | 28.25 | FEHB | | 4677.56 |
| MEDICARE | 20.22 | 180.70 | OASDI | 86.44 | 772.65 |
| RETIRE, FERS | 180.31 | 1619.08 | TSP BASIC | 15.15 | 136.04 |
| TSP MATCHING | 45.46 | 408.20 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 – DEPARTMENT OF VETERANS AFFAIRS.
MISSED TAX DAY? CALL THE IRS FOR ASSISTANCE AT
1-800-829-1040 OR ACCESS THEIR WEBSITE AT WWW.IRS.GOV.
PRETAX FEHB EXCLUSION $ 271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded from http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

https://mypay.dfas.mil/LocalLes.aspx?AccessString=DCPSZPV%7eEMAIL&globalid=D...  10/25/2018

Text Version          Help   Main   Exit

Printer Friendly Version          View More  05/12/2018 ▼  Go

# CIVILIAN LEAVE AND EARNINGS STATEMENT

| | |
|---|---|
| **1. Pay Period End** 05/12/18 | |
| **2. Pay Date** 05/18/18 | |

| 3. Name NELSON-GRIFFEN KIM C | 4. Pay Plan/Grade/Step GS  05  02 | 5. Hourly/Daily Rate 18.94 | 6. Basic OT Rate 28.41 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay  29910.00  9610.00  39520.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-4169 | 9. Locality % 32.13 | 10. FLSA Category N | 11. SCD Leave 04/04/16 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/05/19 |
| 14. Financial Institution - Net Pay PENTAGON FEDERAL CREDIT UNI | | 15. Financial Institution - Allotment #1 PNC BANK, OHIO | | 16. Financial Institution - Allotment #2 |
| 17. Tax  Marital  Exceptions Add'l   Status FED  S   1          0 PA   S   0          0 | 18. Tax  Marital Exceptions  Add'l Taxing Authority   Status 421391  S   0          0 LEHMAN TWP | | 19. Cumulative Retirement FERS: 2073.93 | 20. Military Deposit |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1553.20 | 16443.17 | TSP DATA | 3% |
| TAXABLE WAGES | 1235.79 | 13289.73 | | |
| NONTAXABLE WAGES | 271.95 | 2701.78 | | |
| TAX DEFERRED WAGES | 45.46 | 453.66 | | |
| DEDUCTIONS | 944.52 | 9046.99 | | |
| AEIC | | | | |
| NET PAY | 608.68 | 6837.18 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1513.20 | SUN PREM T38 | 8.00 | 38.00 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 137.00 | 1370.00 | DEBT,ROUTINE | Q1 | | 29.00 |
| FEGLI | 30 | 6.30 | 62.85 | FEGLI OPTNL | B | 32.00 | 319.20 |
| FEHB | 105 | 271.95 | 2701.78 | MEDICARE | | 18.58 | 199.28 |
| OASDI | | 79.44 | 852.09 | RETIRE, FERS | KR | 46.97 | 468.73 |
| VCS DEDUCT | JC | 99.23 | 948.25 | TAX, FEDERAL | | 104.74 | 1240.41 |
| TAX, LOCAL | 421391 | 12.81 | 90.66 | TAX, STATE | NJ | | 105.66 |
| TAX, STATE | PA | 39.33 | 278.32 | TSP LOANS | 010001G | 50.71 | 507.10 |
| TSP SAVINGS | | 45.46 | 453.66 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 44.50 | 4.00 | 36.00 | | 43.00 | | 39.50 | |
| SICK | 87.00 | 4.00 | 36.00 | | 24.00 | | 99.00 | |
| HOLIDAY | | | | | 8.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.15 | 31.42 | FEHB | 521.58 | 5199.44 |
| MEDICARE | 18.58 | 199.28 | OASDI | 79.44 | 852.09 |
| RETIRE, FERS | 180.31 | 1799.39 | TSP BASIC | 15.15 | 151.19 |
| TSP MATCHING | 45.46 | 453.66 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $  271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED



- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

https://mypay.dfas.mil/LocalLes.aspx?AccessString=DCPS7PV%7eEMAIL&globalid=D    10/25/2018

| Text Version | | Help | Main | Exit |
|---|---|---|---|---|

**Printer Friendly Version**      View More | 05/26/2018 ▼ | Go

# CIVILIAN LEAVE AND EARNINGS STATEMENT

| | |
|---|---|
| **1. Pay Period End** | 05/26/18 |
| **2. Pay Date** | 06/01/18 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| NELSON-GRIFFIN KIM C | GS 05 02 | 18.94 | 28.41 | 29910.00  9610.00  39520.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-4169 | 32.13 | N | 04/04/16 | 240 | 01/05/19 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PENTAGON FEDERAL CREDIT UNI | PNC BANK, OHIO | |

| 17. Tax Marital Status | Exemptions Add'l | 18. Tax | Marital Exemptions Add'l Taxing Authority Status | 19. Cumulative Retirement FERS: 2120.90 | 20. Military Deposit |
|---|---|---|---|---|---|
| FED S 1 0 | | 421391 | S 0 0 LEHMAN TWP | | |
| PA S 0 0 | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1553.20 | 17998.37 | TSP DATA | 5% |
| TAXABLE WAGES | 1235.79 | 14525.52 | | |
| NONTAXABLE WAGES | 271.95 | 2973.73 | | |
| TAX DEFERRED WAGES | 45.46 | 499.12 | | |
| DEDUCTIONS | 940.27 | 10587.26 | | |
| AEIC | | | | |
| NET PAY | 612.93 | 7440.11 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1515.20 | SAT PREM T38 | 8.00 | 38.00 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 137.00 | 1507.00 | DENT,ROUTINE | Q1 | | 29.00 |
| FEGLI | 50 | 6.30 | 69.15 | FEGLI OPTNL | B | 32.00 | 351.20 |
| FEHB | 105 | 271.95 | 2973.73 | MEDICARE | | 18.58 | 217.86 |
| OASDI | | 79.44 | 931.53 | RETIRE, FERS | KR | 46.97 | 515.70 |
| VCS DEDUCT | 1C | 94.98 | 1062.29 | TAX, FEDERAL | | 104.74 | 1245.15 |
| TAX, LOCAL | 421391 | 12.91 | 103.47 | TAX, STATE | NJ | | 105.66 |
| TAX, STATE | PA | 39.33 | 317.65 | TSP LOANS | 0100010 | 50.71 | 557.81 |
| TSP SAVINGS | | 45.46 | 499.12 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 46.50 | 4.00 | 40.00 | 1.00 | 44.00 | | 42.50 | |
| SICK | 87.00 | 4.00 | 40.00 | | 32.00 | | 95.00 | |
| HOLIDAY | | | | | 8.00 | | | |
| FAMILY | | | | 8.00 | 8.00 | | | 05/25/19 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.15 | 24.58 | FEHB | 521.58 | 5721.02 |
| MEDICARE | 18.58 | 217.86 | OASDI | 79.44 | 931.53 |
| RETIRE, FERS | 180.31 | 1979.70 | TSP BASIC | 15.15 | 166.34 |
| TSP MATCHING | 45.46 | 499.12 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED



- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.
- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

myPay

Text Version | Help | Main | Exit

Printer Friendly Version         View More  06/09/2018 ▼  Go

## CIVILIAN LEAVE AND EARNINGS STATEMENT

| | | | |
|---|---|---|---|
| | | | **1. Pay Period End** 06/09/18 |
| | | | **2. Pay Date** 06/15/18 |

| 3. Name NELSON-GRIFFIN KIM C | 4. Pay Plan/Grade/Step GS 05 02 | 5. Hourly/Daily Rate 18.94 | 6. Basic OT Rate 28.41 | 7. Basic Pay + Locality Adj – Adjusted Basic Pay 29910.00   9610.00   39520.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-4169 | 9. Locality % 32.13 | 10. FLSA Category N | 11. SCD Leave 04/04/16 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/05/19 |

| 14. Financial Institution – Net Pay PENTAGON FEDERAL CREDIT UNI | 15. Financial Institution – Allotment #1 PNC BANK, OHIO | 16. Financial Institution – Allotment #2 |
|---|---|---|

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Exemptions Add'l Taxing Authority Status | 19. Cumulative Retirement FERS:  2167.87 | 20. Military Deposit |
|---|---|---|---|
| FED   S   1   0 | 421391   S   0   0   LEHMAN TWP | | |
| PA    S   0   0 | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1333.20 | 19551.57 | TSP DATA   3% |
| TAXABLE WAGES | 1233.79 | 15761.31 | |
| NONTAXABLE WAGES | 271.95 | 3245.68 | |
| TAX DEFERRED WAGES | 45.46 | 544.58 | |
| DEDUCTIONS | 944.90 | 11532.16 | |
| AEIC | | | |
| NET PAY | 608.30 | 8048.41 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1515.20 | SUN PREM T38 | 8.00 | 38.00 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 137.00 | 1544.00 | DEBT,ROUTINE | Q1 | | 29.00 |
| FEGLI | S0 | 6.30 | 75.45 | FEGLI OPTNL | B | 32.00 | 383.20 |
| FEHB | 105 | 271.95 | 3245.68 | MEDICARE | | 18.58 | 236.44 |
| OASDI | | 79.44 | 1010.97 | RETIRE, FERS | KR | 46.97 | 562.67 |
| VCS DEDUCT | JC | 99.61 | 1162.84 | TAX, FEDERAL | | 104.74 | 1049.89 |
| TAX, LOCAL | 421391 | 12.81 | 116.28 | TAX, STATE | NJ | | 105.66 |
| TAX, STATE | PA | 39.33 | 356.98 | TSP LOANS | 010001G | 50.71 | 608.92 |
| TSP SAVINGS | | 45.46 | 544.58 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 46.50 | 4.00 | 44.00 | | 44.00 | | 46.50 | |
| SICK | 87.00 | 4.00 | 44.00 | | 32.00 | | 99.00 | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |
| FAMILY | | | | | 8.00 | | | 05/25/19 |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.15 | 37.73 | FEHB | 521.58 | 6242.60 |
| MEDICARE | 18.58 | 236.44 | OASDI | 79.44 | 1010.97 |
| RETIRE, FERS | 180.31 | 2160.01 | TSP BASIC | 15.15 | 181.49 |
| TSP MATCHING | 45.46 | 544.58 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $  271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED


HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.
- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow, click on an LES pay period ending date, then click on Go.

https://mypay.dfas.mil/LoalLes.aspx?AccessString=DCPSZPV%7eEMAIL&globalid=D...   10/25/2018

| Text Version | · | Help | Main | Exit |

**Printer Friendly Version**       View More [08/23/2018 ▼] [Go]

## CIVILIAN LEAVE AND EARNINGS STATEMENT

| | | |
|---|---|---|
| | | 1. Pay Period End 08/23/18 |
| | | 2. Pay Date 06/29/18 |

| 3. Name NELSON-GRIFFIN KIM C | 4. Pay Plan/Grade/Step GS 05 02 | 5. Hourly/Daily Rate 18.94 | 6. Basic OT Rate 28.41 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 29910.00  9610.00  39520.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-4169 | 9. Locality % 32.13 | 10. FLSA Category N | 11. SCD Leave 04/04/16 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/05/19 |

| 14. Financial Institution - Net Pay PENTAGON FEDERAL CREDIT UNI | 15. Financial Institution - Allotment #1 PNC BANK, OHIO | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Status  Exemptions Add'l | 18. Tax Marital Status  Exemptions Add'l Taxing Authority | 19. Cumulative Retirement FERS: 2214.84 | 20. Military Deposit |
|---|---|---|---|
| FED  S  1  0  PA  S  0  0 | 421391  S  0  0 LEHMAN TWP | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1368.32 | 21119.89 | TSP DATA  3% |
| TAXABLE WAGES | 1250.91 | 17012.22 | |
| NONTAXABLE WAGES | 271.95 | 3517.63 | |
| TAX DEFERRED WAGES | 45.46 | 590.04 | |
| DEDUCTIONS | 970.93 | 12503.09 | |
| AEIC | | | |
| NET PAY | 597.39 | 8645.80 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1515.20 | NIGHT DIFF | 8.00 | 15.12 | SUN PREM T38 | 8.00 | 38.00 |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 137.00 | 1781.00 | DEBT,ROUTINE | Q1 | | 29.00 |
| FEGLI | S0 | 6.30 | 81.75 | FEGLI OPTNL | B | 32.00 | 415.20 |
| FEHB | 105 | 271.95 | 3517.63 | MEDICARE | | 18.79 | 255.23 |
| OASDI | | 80.37 | 1091.34 | RETIRE, FERS | KR | 46.97 | 609.64 |
| VCS DEDUCT | JC | 120.07 | 1284.91 | TAX, FEDERAL | | 106.55 | 1556.44 |
| TAX, LOCAL | 421391 | 12.96 | 129.24 | TAX, STATE | NJ | | 105.66 |
| TAX, STATE | PA | 39.80 | 396.78 | TSP LOANS | 0100010 | 50.71 | 659.23 |
| TSP SAVINGS | | 45.46 | 590.04 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 46.50 | 4.00 | 48.00 | 8.00 | 32.00 | | 42.50 | |
| SICK | 57.00 | 4.00 | 48.00 | | 32.00 | | 103.00 | |
| HOLIDAY | | | | | 16.00 | | | |
| FAMILY | | | | | 8.00 | | | 05/25/19 |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.15 | 40.83 | FEHB | 521.58 | 6764.18 |
| MEDICARE | 18.79 | 255.23 | OASDI | 80.37 | 1091.34 |
| RETIRE, FERS | 180.31 | 2340.32 | TSP BASIC | 15.15 | 196.64 |
| TSP MATCHING | 45.46 | 590.04 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $  271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.
- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

https://mypay.dfas.mil/LocalLes.aspx?AccessString=DCPSZPV%7eEMAIL&globalid=D...   10/25/2018

## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | | |
|---|---|---|---|
| **1. Pay Period End** 07/07/18 | | | |
| **2. Pay Date** 07/13/18 | | | |

| 3. Name NELSON-GRIFFIN KIM C | 4. Pay Plan/Grade/Step GS   05   02 | 5. Hourly/Daily Rate 18.94 | 6. Basic OT Rate 28.41 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay   29910.00   9610.00   39520.00 |
|---|---|---|---|---|
| 8. Soc Soc No ***-**-4169 | 9. Locality % 32.13 | 10. FLSA Category N | 11. SCD Leave 04/04/16 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/05/19 |

| 14. Financial Institution - Net Pay PENTAGON FEDERAL CREDIT UNI | 15. Financial Institution - Allotment #1 PNC BANK, OHIO | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 421391 | S | 0 | 0 | LEHMAN TWP | FERS:   2261.81 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. TSP DATA | 3% |
|---|---|---|---|---|
| GROSS PAY | 1962.14 | 23082.03 | | |
| TAXABLE WAGES | 1644.73 | 18656.95 | | |
| NONTAXABLE WAGES | 271.95 | 3789.58 | | |
| TAX DEFERRED WAGES | 45.46 | 635.50 | | |
| DEDUCTIONS | 1065.68 | 13568.77 | | |
| AEIC | | | | |
| NET PAY | 896.46 | 9542.26 | | |

## CURRENT EARNING

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1515.20 | OVERTIME | 6.00 | 175.80 | NIGHT DIFF | 8.00 | 15.12 |
| SAT PREM T38 | 8.00 | 38.00 | SUN PREM T38 | 14.00 | 66.50 | HOLIDAY PREM | 8.00 | 151.52 |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (1) | 137.00 | 1918.00 | DEBT, ROUTINE | Q1 | | 29.00 |
| FEGLI | S0 | 6.30 | 88.05 | FEGLI OPTNL | B | 32.00 | 447.20 |
| FEHB | 105 | 271.95 | 3789.58 | MEDICARE | | 24.51 | 279.74 |
| OASDI | | 104.79 | 1196.13 | RETIRE, FERS | KR | 46.97 | 656.61 |
| VCS DEDUCT | JC | 123.39 | 1408.30 | TAX, FEDERAL | | 153.81 | 1710.25 |
| TAX, LOCAL | 421391 | 16.90 | 146.14 | TAX, STATE | NJ | | 105.66 |
| TAX, STATE | PA | 51.89 | 448.67 | TSP LOANS | 010001G | 50.71 | 709.94 |
| TSP SAVINGS | | 45.46 | 635.50 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 46.50 | 4.00 | 52.00 | | 52.00 | | 46.50 | |
| SICK | 87.00 | 4.00 | 52.00 | 8.00 | 40.00 | | 99.00 | |
| HOLIDAY | | | | | 16.00 | | | |
| FAMILY | | | | | 8.00 | | | 05/25/19 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.15 | 44.03 | FEHB | 521.58 | 7285.76 |
| MEDICARE | 24.51 | 279.74 | OASDI | 104.79 | 1196.13 |
| RETIRE, FERS | 180.31 | 2520.63 | TSP BASIC | 15.15 | 211.79 |
| TSP MATCHING | 45.46 | 635.50 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

### DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | | |
|---|---|---|---|
| **1. Pay Period End** | | | 07/21/18 |
| **2. Pay Date** | | | 07/27/18 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| NELSON-GRIFFIN KIM C | GS 05 02 | 18.94 | 28.41 | 29910.00   9610.00   39520.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-4169 | 32.13 | N | 04/04/16 | 240 | 01/05/19 |

| 14. Financial Institution - Net Pay | 16. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PENTAGON FEDERAL CREDIT UNI | PNC BANK, OHIO | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 421391 | S | 0 | 0 | LEHMAN TWP | FERS:   2308.78 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1564.54 | 24646.57 | |
| TAXABLE WAGES | 1292.59 | 19949.54 | |
| NONTAXABLE WAGES | 271.95 | 4061.53 | |
| TAX DEFERRED WAGES | | 635.50 | |
| DEDUCTIONS | 931.39 | 14500.16 | |
| AEIC | | | |
| NET PAY | 633.15 | 10175.41 | |

### CURRENT EARNING

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1515.20 | NIGHT DIFF | 6.00 | 11.34 | SAT PREM T38 | 8.00 | 38.00 |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (1) | 158.00 | 2076.00 | DEBT, ROUTINE | Q1 | | 29.00 |
| FEGLI | 80 | 6.30 | 94.35 | FEGLI OPTNL | B | 32.00 | 479.20 |
| FEHB | 105 | 271.95 | 4061.53 | MEDICARE | | 18.74 | 298.48 |
| OASDI | | 80.14 | 1276.27 | RETIRE, FERS | KR | 46.97 | 703.38 |
| WCS DEDUCT | JC | 102.42 | 1510.72 | TAX, FEDERAL | | 111.55 | 1821.80 |
| TAX, LOCAL | 421391 | 12.93 | 159.07 | TAX, STATE | NJ | | 105.66 |
| TAX, STATE | PA | 39.68 | 486.35 | TSP LOANS | 010001G | 50.71 | 760.65 |
| TSP SAVINGS | | | 635.50 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 46.50 | 4.00 | 56.00 | | 52.00 | | 50.50 | |
| SICK | 87.00 | 4.00 | 56.00 | 8.00 | 48.00 | | 95.00 | |
| HOLIDAY | | | | | 16.00 | | | |
| FAMILY | | | | 8.00 | 16.00 | | | 05/25/19 |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.15 | 47.18 | FEHB | 521.58 | 7807.34 |
| MEDICARE | 18.74 | 298.48 | OASDI | 80.14 | 1276.27 |
| RETIRE, FERS | 180.31 | 2700.94 | TSP BASIC | 15.15 | 226.94 |
| TSP MATCHING | | 635.50 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
PRETAX FEHB EXCLUSION $ 271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 03/04/18 |
| 2. Pay Date | | 03/10/18 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay | | |
|---|---|---|---|---|---|---|
| NELSON-GRIFFIN KIM C | GS  05  02 | 18.94 | 28.41 | 29910.00 | 9610.00 | 39520.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-4169 | 32.13 | N | 04/04/16 | 240 | 01/05/19 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PENTAGON FEDERAL CREDIT UNI | PNC BANK, OHIO | |

| 17. Tax | Marital Status | Exemptions | Add'l | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | | | | | FERS: 2355.75 | |
| PA | S | 0 | 0 | 18. Tax 421391 | S | 0 | 0 LEHMAN TWP | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1531.83 | 26178.40 | |
| TAXABLE WAGES | 1259.88 | 21209.42 | |
| NONTAXABLE WAGES | 271.95 | 4333.48 | |
| TAX DEFERRED WAGES | | 635.50 | |
| DEDUCTIONS | 940.15 | 15440.31 | |
| AEIC | | | |
| NET PAY | 591.68 | 10767.09 | |

## CURRENT EARNING

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1515.20 | SUN PREM T38 | 3.50 | 16.63 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (1) | 158.00 | 2234.00 | DEBT, ROUTINE | Q1 | | 29.00 |
| FEGLI | S0 | 6.30 | 100.65 | FEGLI OPTNL | B | 32.00 | 511.20 |
| FEHB | 105 | 271.95 | 4333.48 | MEDICARE | | 18.27 | 316.75 |
| OASDI | | 78.12 | 1354.39 | RETIRE, FERS | KR | 46.97 | 750.55 |
| TCB DEDUCT | JC | 118.92 | 1629.64 | TAX, FEDERAL | | 107.63 | 1929.43 |
| TAX, LOCAL | 421391 | 12.60 | 171.67 | TAX, STATE | NJ | | 105.66 |
| TAX, STATE | PA | 38.68 | 527.03 | TSP LOANS | 010001G | 50.71 | 811.36 |
| TSP SAVINGS | | | 635.50 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 46.50 | 4.00 | 60.00 | 20.50 | 72.50 | | 34.00 | |
| SICK | 87.00 | 4.00 | 60.00 | | 48.00 | | 99.00 | |
| HOLIDAY | | | 16.00 | | 16.00 | | | |
| FAML C | | | | | 16.00 | | | 05/25/19 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.15 | 50.33 | FEHB | 521.58 | 8328.97 |
| MEDICARE | 18.27 | 316.75 | OASDI | 78.12 | 1354.39 |
| RETIRE, FERS | 180.31 | 2881.05 | TSP BASIC | 15.15 | 242.09 |
| TSP MATCHING | | 635.50 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

# DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT

## VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | | | |
|---|---|---|---|---|
| | | | **1. Pay Period End** 03/18/18 | |
| | | | **2. Pay Date** 03/24/18 | |

| 3. Name NELSON-GRIFFIN KIM C | 4. Pay Plan/Grade/Step GS 05 03 | 5. Hourly/Daily Rate 19.55 | 6. Basic OT Rate 29.33 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 30875.00    9920.00    40795.00 |
|---|---|---|---|---|

| 8. Soc Sec No ***-**-4169 | 9. Locality % 32.13 | 10. FLSA Category N | 11. SCD Leave 04/04/16 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/05/19 |
|---|---|---|---|---|---|

| 14. Financial Institution - Net Pay PENTAGON FEDERAL CREDIT UNI | 15. Financial Institution - Allotment #1 PNC BANK, OHIO | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Status | Exemptions | Add'l | 18. Tax 421391 | Marital Status S | Exemptions 0 | Add'l 0 | Taxing Authority LEHMAN TWP | 19. Cumulative Retirement FERS:    2404.23 | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|
| FED  S | 1 | 0 | | | | | | | |
| PA  S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1564.00 | 27742.40 | |
| TAXABLE WAGES | 1292.05 | 22501.47 | |
| NONTAXABLE WAGES | 271.95 | 4605.43 | |
| TAX DEFERRED WAGES | | 635.50 | |
| DEDUCTIONS | 955.43 | 16395.74 | |
| AEIC | | | |
| NET PAY | 608.57 | 11375.66 | |

## CURRENT EARNING

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1564.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (1) | 158.00 | 2392.00 | DEBT, ROUTINE | Q1 | | 29.00 |
| FEGLI | S0 | 6.45 | 107.10 | FEGLI OPTNL | B | 32.80 | 544.00 |
| FEHB | 105 | 271.95 | 4605.43 | MEDICARE | | 18.74 | 335.49 |
| OASDI | | 80.10 | 1434.49 | RETIRE, FERS | KR | 48.48 | 799.03 |
| VCP DEDUCT | JC | 124.12 | 1753.76 | TAX, FEDERAL | | 111.49 | 2040.92 |
| TAX, LOCAL | 421391 | 12.92 | 184.59 | TAX, STATE | NJ | | 105.66 |
| TAX, STATE | PA | 39.67 | 566.70 | TSP LOANS | 010001G | 50.71 | 862.07 |
| TSP SAVINGS | | | 635.50 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 46.50 | 4.00 | 64.00 | | 72.50 | | 38.00 | |
| SICK | 87.00 | 4.00 | 64.00 | 8.00 | 56.00 | | 95.00 | |
| HOLIDAY | | | | | 16.00 | | | |
| FAMILY | | | | | 16.00 | | | 05/25/19 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.23 | 53.56 | FEHB | 521.58 | 8850.50 |
| MEDICARE | 18.74 | 335.49 | OASDI | 80.10 | 1434.49 |
| RETIRE, FERS | 186.12 | 3067.37 | TSP BASIC | 15.64 | 257.73 |
| TSP MATCHING | | 635.50 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
CELEBRATE CONSTITUTION DAY/CITIZENSHIP DAY (SEP 17)
PLEASE VISIT HTTP://CONSTITUTIONDAY.CPMS.OSD.MIL
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $   271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT

## VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 03/01/18 |
| 2. Pay Date | 03/07/18 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| NELSON-GRIFFIN KIM C | GS 05 03 | 19.55 | 29.33 | 30875.00    9920.00    40795.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-4169 | 32.13 | N | 04/04/16 | 240 | 01/05/19 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PENTAGON FEDERAL CREDIT UNI | PNC BANK, OHIO | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 421391 | S | 0 | 0 | LEHMAN TWP | FERS:    2452.71 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1629.66 | 29372.06 | |
| TAXABLE WAGES | 1357.71 | 23859.18 | |
| NONTAXABLE WAGES | 271.95 | 4877.38 | |
| TAX DEFERRED WAGES | | 635.50 | |
| DEDUCTIONS | 859.16 | 17254.90 | |
| AEIC | | | |
| NET PAY | 770.50 | 12146.16 | |

## CURRENT EARNING

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1564.00 | NIGHT DIFF | 13.50 | 26.46 | SAT PREM T38 | 8.00 | 39.20 |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (1) | 60.00 | 2452.00 | DEBT, ROUTINE | Q1 | | 29.00 |
| FEGLI | S0 | 6.45 | 113.55 | FEGLI OPTNL | B | 32.80 | 576.80 |
| FEHB | 105 | 271.95 | 4877.38 | MEDICARE | | 19.68 | 355.17 |
| OASDI | | 84.18 | 1518.67 | RETIRE, FERS | KR | 48.43 | 847.51 |
| NON DEDUCT | JC | 110.28 | 1864.04← | TAX, FEDERAL | | 119.37 | 2160.29 |
| TAX, LOCAL | 421391 | 13.58 | 198.17 | TAX, STATE | NJ | | 105.66 |
| TAX, STATE | PA | 41.68 | 608.38 | TSP LOANS | 010001G | 50.71 | 912.78 |
| TSP SAVINGS | | | 635.50 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 46.50 | 4.00 | 68.00 | 72.50 | | | 42.00 | |
| SICK | 87.00 | 4.00 | 68.00 | 56.00 | | | 99.00 | |
| HOLIDAY | | | 16.00 | | | | | |
| FAMILY | | | 16.00 | | | | | 05/25/19 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.23 | 56.79 | FEHB | 521.58 | 9372.08 |
| MEDICARE | 19.68 | 355.17 | OASDI | 84.18 | 1518.67 |
| RETIRE, FERS | 186.12 | 3253.49 | TSP BASIC | 15.64 | 273.37 |
| TSP MATCHING | | 635.50 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
CELEBRATE CONSTITUTION DAY/CITIZENSHIP DAY (SEP 17)
PLEASE VISIT HTTP://CONSTITUTIONDAY.CPMS.OSD.MIL
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
PRETAX FEHB EXCLUSION $   271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 09/15/18 |
| 2. Pay Date | 09/21/18 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| NELSON-GRIFFIN KIM C | GS   05   03 | 19.55 | 29.33 | 30875.00    9920.00    40795.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-4169 | 32.13 | N | 04/04/16 | 240 | 01/05/19 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PENTAGON FEDERAL CREDIT UNI | PNC BANK, OHIO | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 1 | 0 | 421391 | S | 0 | 0 | LEHMAN TWP | FERS:    2501.19 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1642.40 | 31014.46 | |
| TAXABLE WAGES | 1370.45 | 25229.63 | |
| NONTAXABLE WAGES | 271.95 | 5149.33 | |
| TAX DEFERRED WAGES | | 635.50 | |
| DEDUCTIONS | 913.71 | 18168.61 | |
| AEIC | | | |
| NET PAY | 728.69 | 12874.85 | |

## CURRENT EARNING

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1564.00 | SAT PREM T38 | 8.00 | 39.20 | SUN PREM T38 | 8.00 | 39.20 |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (1) | 133.00 | 2585.00 | DEBT, ROUTINE | Q1 | | 29.00 |
| FEGLI | S0 | 6.45 | 120.00 | FEGLI OPTNL | B | 32.80 | 609.60 |
| FEHB | 105 | 271.95 | 5149.33 | MEDICARE | | 19.87 | 375.04 |
| OASDI | | 84.97 | 1603.64 | RETIRE, FERS | KR | 48.48 | 895.99 |
| RCS DIRECT | JC | 88.81 | 1952.85 | TAX, FEDERAL | | 120.90 | 2281.19 |
| TAX, LOCAL | 421391 | 13.70 | 211.87 | TAX, STATE | NJ | | 105.66 |
| TAX, STATE | PA | 42.07 | 650.45 | TSP LOANS | 010001G | 50.71 | 963.49 |
| TSP SAVINGS | | | 635.50 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 46.50 | 4.00 | 72.00 | | 72.50 | | 46.00 | |
| SICK | 87.00 | 4.00 | 72.00 | 8.00 | 64.00 | | 95.00 | |
| HOLIDAY | | | | 8.00 | 24.00 | | | |
| FAMILY | | | | | 16.00 | | | 05/25/19 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.23 | 60.02 | FEHB | 521.58 | 9893.66 |
| MEDICARE | 19.87 | 375.04 | OASDI | 84.97 | 1603.64 |
| RETIRE, FERS | 186.12 | 3439.61 | TSP BASIC | 15.64 | 289.01 |
| TSP MATCHING | | 635.50 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
CELEBRATE CONSTITUTION DAY/CITIZENSHIP DAY (SEP 17)
PLEASE VISIT HTTP://CONSTITUTIONDAY.CPMS.OSD.MIL
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
PRETAX FEHB EXCLUSION $   271.95
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**