IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:Kim C. Nelson-Griffin <u>Debtor(s)</u> | CHAPTER 13 |
| Pacific Union Financial <u>Moving Party</u> vs. | |
| Kim C. Nelson-Griffin <u>Debtor(s)</u> | NO. 18-04383 RNO |
| Charles J. DeHart, III Esq. <u>Trustee</u> | |

## PRAECIPE TO WITHDRAW WITH CONCURRENCE

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the ENTRY OF APPEARANCE AND REQUEST FOR NOTICES of Pacific Union Financial, its successors and/or assigns, which was filed with the Court on or about **11/15/2018; Docket #19**.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbort, Esquire
Attorney for Movant/Applicant

November 21, 2018