UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: CASE NO.: 18-bk-04383-RNO
CHAPTER 13

Kim C. Nelson-Griffin,

  Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CITRON, LLC
BANKRUPTCY DEPARTMENT
130 CLINTON ROAD, SUITE 202
FAIRFIELD, NJ 07004

    RAS Citron, LLC
    Authorized Agent for Secured Creditor
    130 Clinton Road, Suite 202
    Fairfield, NJ 07004
    Telephone: 973-575-0707
    Facsimile: 973-404-8886
    By: /s/Kevin Buttery
    Kevin Buttery, Esquire
    Email: kbuttery@rascrane.com

18-225096 - KeB
GRIFFIN, KIM & THOMAS
Request for Service
Page 1

Case 5:18-bk-04383-RNO    Doc 22    Filed 11/27/18    Entered 11/27/18 08:32:21    Desc
Main Document    Page 1 of 2

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on November 27, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICES JOHN J. MARTIN
1022 COURT STREET
HONESDALE, PA  18431

KIM C. NELSON-GRIFFIN
2111 LAUREL COURT
BUSHKILL, PA  18324

CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA  17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA  17101

                                      RAS Citron, LLC
                                      Authorized Agent for Secured Creditor
                                      130 Clinton Road, Suite 202
                                      Fairfield, NJ 07004
                                      Telephone: 973-575-0707
                                      Facsimile: 973-404-8886
                                      By: /s/Kevin Buttery
                                      Kevin Buttery, Esquire
                                      Email: kbuttery@rascrane.com

18-225096 - KeB
GRIFFIN, KIM & THOMAS
Request for Service
Page 2

Case 5:18-bk-04383-RNO    Doc 22    Filed 11/27/18    Entered 11/27/18 08:32:21    Desc
Main Document    Page 2 of 2