```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                             Case No. 18-04383-RNO
Kim C. Nelson-Griffin                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 1          Date Rcvd: Dec 06, 2018
                              Form ID: ntcnfhrg           Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
```
db             +Kim C. Nelson-Griffin,    2111 Laurel Court,    Bushkill, PA 18324-8190
5120000        +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
5120001        +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
5120004      ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial Llc,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
5134158        +Ditech Financial LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
5130102         Navient Solutions, LLC. on behalf of,    ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
5120007        +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
5120008         U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
5120010         Usaa Svg Bk,    Po Box 47504,    San Antonio, TX 78265
5120009        +Usaa Svg Bk,    10750 Mcdermott,    San Antonio, TX 78288-1600
5120011        +Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
5120012        +Wells Fargo Dealer Svc,    Po Box 1697,    Winterville, NC 28590-1697
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5120002         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2018 19:44:25      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
5136757         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2018 19:43:33
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5120003        +E-mail/Text: mrdiscen@discover.com Dec 06 2018 19:47:01      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
5120005        +E-mail/PDF: pa_dc_claims@navient.com Dec 06 2018 19:44:03      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
5120006        +E-mail/Text: bkrgeneric@penfed.org Dec 06 2018 19:47:00      Pentagon Federal Cr Un,
                 Po Box 1432,    Alexandria, VA 22313-1432
5130701         E-mail/Text: bnc-quantum@quantum3group.com Dec 06 2018 19:47:28
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Pacific Union Financial
cr*            +Ditech Financial LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor 1 Kim C. Nelson-Griffin jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Kevin Buttery    on behalf of Creditor   Ditech Financial LLC kbuttery@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Kim C. Nelson−Griffin, <br><br>     **Debtor 1** | Chapter     13 <br><br> Case No.     5:18−bk−04383−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 16, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 23, 2019 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 6, 2018 |

ntcnfhrg (03/18)