```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-04383-RNO
Kim C. Nelson-Griffin                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: CGambini        Page 1 of 1        Date Rcvd: Mar 01, 2019
                          Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
           +Thomas A Griffin Jr,    2111 Laurel Court,    Bushkill, PA 18324-8190

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          John J. Martin    on behalf of Debtor 1 Kim C. Nelson-Griffin jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
          Kevin  Buttery    on behalf of Creditor   Ditech Financial LLC kbuttery@rascrane.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kim C. Nelson-Griffin** | Chapter: | 13 |
| Debtor 1 | Case No: | 5-18-bk-04383 RNO |
| | | |
| **Ditech Financial LLC** | Document No.: | 29 |
| vs. | Nature of Proceeding: | **Motion for Relief from the Automatic Stay** |
| **Kim C. Nelson-Griffin** | | |
| **Thomas A. Griffin Jr.** | | |
| **Charles J. DeHart, III Esq.** | | |

## ORDER STIPULATION DUE

Upon consideration of the Request to Remove from the Hearing/Trial List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by April 12, 2019, the Court may deny this Motion without further notice.

**FURTHER ORDERED** that the hearing/trial previously scheduled on the Motion for Relief from the Automatic Stay for February 28, 2019, is hereby CANCELLED.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(PAR)

February 27, 2019

Order Stip Due or Relist – Revised 4/18