# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     KIM C. NELSON-GRIFFIN
             Debtor(s)

CHARLES J. DEHART, III           CHAPTER 13
CHAPTER 13 TRUSTEE
             Movant

vs.                                             CASE NO: 5-18-04383-RNO

KIM C. NELSON-GRIFFIN
             Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 27, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on November 7, 2018.

2. A hearing was held and an Order was entered on January 23, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                     Respectfully submitted,

                                                     s/   Agatha R. McHale, Esq.
                                                     Id:   47613
                                                     Attorney for Trustee
                                                     Charles J. DeHart, III
                                                     Standing Chapter 13 Trustee
                                                     Ste. A, 8125 Adams Drive
                                                      Hummelstown, PA   17036
                                                      Ph.   717-566-6097
                                                      Fax. 717-566-8313
                                                     eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: KIM C. NELSON-GRIFFIN

                        CHAPTER 13

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE            CASE NO: 5-18-04383-RNO
        Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court | Date: April 17, 2019 |
| Max Rosenn U.S. Courthouse | |
| Courtroom #2 | |
| 197 S. Main Street | Time: 09:30 AM |
| Wilkes Barre, PA | |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: March 27, 2019

IN RE:   KIM C. NELSON-GRIFFIN

                              Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE                                CHAPTER 13
                Movant
KIM C. NELSON-GRIFFIN

                                                  CASE NO: 5-18-04383-RNO

            Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 27, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JOHN J. MARTIN, ESQUIRE<br>1022 COURT STREET<br>HONESDALE, PA   18431- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| KIM C. NELSON-GRIFFIN<br>2111 LAUREL COURT<br>BUSHKILL, PA   18324 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   March 27, 2019                    Respectfully,
                                          Vickie Williams
                                          for Charles J. DeHart, III, Trustee
                                          Suite A, 8125 Adams Dr.
                                          Hummelstown, PA   17036
                                          Phone:   (717) 566-6097
                                          eMail: dehartstaff@pamd13trustee.com

IN RE: KIM C. NELSON-GRIFFIN

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III CHAPTER 13 TRUSTEE Movant | |
| KIM C. NELSON-GRIFFIN | CASE NO: 5-18-04383-RNO |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.