In re:                                                                    Case No. 18-04383-RNO
Kim C. Nelson-Griffin                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: Apr 09, 2019
                   Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
            +Thomas A Griffin Jr,   2111 Laurel Court,   Bushkill, PA 18324-8190

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        John J. Martin   on behalf of Debtor 1 Kim C. Nelson-Griffin jmartin@martin-law.net,
        kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
        1@notify.bestcase.com
        Kevin Buttery   on behalf of Creditor   Ditech Financial LLC kbuttery@rascrane.com
        Kimberly D Martin   on behalf of Debtor 1 Kim C. Nelson-Griffin kmartin@martin-law.net,
        jashley@martin-law.net;r59891@notify.bestcase.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                    TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kim C. Nelson-Griffin <br>                 <u>Debtor</u> | CHAPTER 13 |
| Ditech Financial LLC <br>                 <u>Movant</u> <br>      vs. | NO. 18-04383 RNO |
| Kim C. Nelson-Griffin <br>                <u>Respondent</u> | |
| Thomas A. Griffin Jr. <br> Charles J. DeHart, III Esq. <br>       <u>Additional Respondents</u> | 11 U.S.C. Sections 362 and 1301 |

## <u>ORDER</u>

      Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated:   April 9, 2019

                        By the Court,

                        Robert N. Opel, II, Chief Bankruptcy Judge  (DG)