```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                              Case No. 18-04383-RNO
Kim C. Nelson-Griffin                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: CGambini        Page 1 of 1            Date Rcvd: Oct 23, 2019
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
          +Thomas A Griffin Jr,    2111 Laurel Court,    Bushkill, PA 18324-8190

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
          Ashlee Crane Fogle    on behalf of Creditor    Ditech Financial LLC afogle@rascrane.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          John J. Martin    on behalf of Debtor 1 Kim C. Nelson-Griffin jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
           1@notify.bestcase.com
          Kevin  Buttery    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
          Kimberly D Martin    on behalf of Debtor 1 Kim C. Nelson-Griffin kmartin@martin-law.net,
           jashley@martin-law.net;r59891@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:      Kim C. Nelson-Griffin
                 Debtor

Ditech Financial LLC
            Movant

vs.

Kim C. Nelson-Griffin
            Respondent

Thomas A. Griffin Jr.
Charles J. DeHart, III Esq.
       Additional Respondents

Chapter 13

NO. 18-04383 RNO

### ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on April 9, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Ditech Financial LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 132 Laurel Court N/K/A 2111 Laurel Court Bushkill, PA 18324.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: October 23, 2019

By the Court,

_Robt N. Opel II_
_____
Robert N. Opel, II, Chief Bankruptcy Judge <sup>(DG)</sup>