```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04383-RNO
Kim C. Nelson-Griffin                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1              Date Rcvd: Jan 15, 2020
                         Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5143950        E-mail/Text: bankruptcy.bnc@ditech.com Jan 15 2020 20:44:11     DITECH FINANCIAL LLC,
        PO BOX 6154,   RAPID CITY, SD 57709-6154
                                                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0
Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
        Ashlee Crane Fogle    on behalf of Creditor    Ditech Financial LLC afogle@rascrane.com
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        John J. Martin    on behalf of Debtor 1 Kim C. Nelson-Griffin jmartin@martin-law.net,
         kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
        Kevin  Buttery    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
        Kimberly D Martin    on behalf of Debtor 1 Kim C. Nelson-Griffin kmartin@martin-law.net,
         jashley@martin-law.net;r59891@notify.bestcase.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                           TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-04383-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Kim C. Nelson-Griffin
2111 Laurel Court
Bushkill PA 18324

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/15/2020.

Name and Address of Alleged Transferor(s):

Claim No. 8: DITECH FINANCIAL LLC, PO BOX 6154, RAPID CITY, SD 57709-6154

Name and Address of Transferee:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826
New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/17/20

Terrence S. Miller
**CLERK OF THE COURT**