```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-04383-RNO
Kim C. Nelson-Griffin                                                     Chapter 13
        Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke           Page 1 of 1           Date Rcvd: Feb 26, 2020
                              Form ID: pdf010           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db          +Kim C. Nelson-Griffin,   2111 Laurel Court,   Bushkill, PA 18324-8190
cr          +Ditech Financial LLC,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
              Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              New Residential Mortgage LLC
cr              Pacific Union Financial
                                                                                      TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    Ditech Financial LLC afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor 1 Kim C. Nelson-Griffin jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Kevin    Buttery    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
              Kimberly D Martin    on behalf of Debtor 1 Kim C. Nelson-Griffin kmartin@martin-law.net,
               jashley@martin-law.net;r59891@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: 
KIM C. NELSON-GRIFFIN  :  Case No. 5-18-04383
  :  Chapter 13
  :
  *Debtor(s)*  :

......................................................................................................................................

### ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE

Upon consideration of the foregoing Motion and good cause having been shown, it is **ORDERED**, that the above captioned Chapter 13 case is Dismissed.

Dated: February 26, 2020

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge (DG)