In re:                                                          Case No. 18-04383-RNO
Kim C. Nelson-Griffin                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 2              Date Rcvd: Feb 27, 2020
                            Form ID: pdf010        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
```
db          +Kim C. Nelson-Griffin,    2111 Laurel Court,    Bushkill, PA 18324-8190
5120000     +Apex Asset,    2501 Oregon Pike,   Lancaster, PA 17601-4890
5120001     +Barclays Bank Delaware,    Po Box 8803,   Wilmington, DE 19899-8803
5120004    +++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
             (address filed with court: Ditech Financial Llc,    332 Minnesota St Ste 610,
             Saint Paul, MN 55101)
5134158     +Ditech Financial LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
             Fairfield, NJ 07004-2927
5130102      Navient Solutions, LLC. on behalf of,    ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
5290984      New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
5290985      New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
             New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
5120007     +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
5120008      U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
5181313      US Department of Education,    PO Box 16448,    St Paul, MN 55116-0448
5120009     +Usaa Svg Bk,    10750 Mcdermott,    San Antonio, TX 78288-1600
5120010      Usaa Svg Bk,    Po Box 47504,    San Antonio, TX 78265
5120011     +Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
5229521     +Wells Fargo Bank N.A.,    d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
5138694      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
             Des Moines, IA  50306-0438
5120012     +Wells Fargo Dealer Svc,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5120002      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 19:31:57    Capital One,
             15000 Capital One Dr,   Richmond, VA 23238
5136757      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 19:32:10
             Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
5143950      E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2020 19:25:19    DITECH FINANCIAL LLC,
             PO BOX 6154,    RAPID CITY, SD 57709-6154
5120003     +E-mail/Text: mrdiscen@discover.com Feb 27 2020 19:25:16    Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
5120005     +E-mail/PDF: pa_dc_claims@navient.com Feb 27 2020 19:31:57    Navient,    Po Box 9500,
             Wilkes Barre, PA 18773-9500
5140074      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 19:31:57
             Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
5120006     +E-mail/Text: bkrgeneric@penfed.org Feb 27 2020 19:25:15    Pentagon Federal Cr Un,
             Po Box 1432,    Alexandria, VA 22313-1432
5130701      E-mail/Text: bnc-quantum@quantum3group.com Feb 27 2020 19:25:22
             Quantum3 Group LLC as agent for,   CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
5141869      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2020 19:31:58    Verizon,
             by American InfoSource as agent,    Po Box 248838,   Oklahoma City, OK  73124-8838
                                                                                    TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           New Residential Mortgage LLC
cr           Pacific Union Financial
cr*         +Ditech Financial LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
             Fairfield, NJ 07004-2927
                                                                     TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:

          Ashlee Crane Fogle    on behalf of Creditor    Ditech Financial LLC afogle@rascrane.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          John J. Martin    on behalf of Debtor 1 Kim C. Nelson-Griffin jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
           1@notify.bestcase.com
          Kevin  Buttery    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
          Kimberly D Martin    on behalf of Debtor 1 Kim C. Nelson-Griffin kmartin@martin-law.net,
           jashley@martin-law.net;r59891@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| KIM C. NELSON-GRIFFIN | : | Case No. 5-18-04383 |
| | : | Chapter 13 |
| | : | |
| *Debtor(s)* | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE**

Upon consideration of the foregoing Motion and good cause having been shown, it is

**ORDERED**, that the above captioned Chapter 13 case is Dismissed.

Dated:  February 26, 2020       By the Court,

_____

Robert N. Opel, II, Bankruptcy Judge  (DG)